Dismissed and Opinion filed December 19, 2002









Dismissed and Opinion filed December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-00-00673-CV

____________

 

BMC SOFTWARE, INC. and BMC SOFTWARE TEXAS
L.P., Appellants

 

V.

 

McBRIDE-RATCLIFF
& ASSOCIATES, INC., Appellee

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 98-14776

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed February 21, 2000.  On December 12, 2002, the parties filed an
agreed motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed December 19, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).